COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| CLAUDIO FERNANDEZ, IN HIS INDIVIDUAL CAPACITY, AS WELL AS HIS OFICIAL CAPACITY AS LEAGUE DIRECTOR FOR THE EL PASO COUNTY SPORTSPARK YOUTH PROGRAM AND REY CHAVEZ, IN HIS OFFICIAL CAPACITY AS EL PASO COUNTY ASCARATE DIRECTOR, | § § § § § § § § | No. 08-12-00069-CV  Appeal from  243rd District Court  of El Paso County, Texas  (TC # 2011-1561) |
| Appellants, | § |  |
| v. | § |  |
| GRISELDA PIMENTEL, AS NEXT FRIEND OF HER MINOR CHILD BRANDON PIMENTEL, CLAUDIA LOPEZ, AS NEXT FRIEND OF HER MINOR CHILD RAUL LOPEZ, JR., IBETT ARPERO AS NEXT FRIEND OF HER MINOR CHILD ADRIAN ARPERO, ROXANNE CONTRERAS, AS NEXT FRIEND TO HER MINOR CHILD CARLOS CONTRERAS, | § § § § § § § | |
| Appellees. | § | |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellants' motion to dismiss the appeal as permitted by TEX.R.APP.P. 42.1(a)(1) because Appellees have non-suited their claims against Appellants. The motion is granted and the appeal is dismissed. In accordance with the parties' agreement, costs are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d).

November 14, 2012 _____

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.